UNITED STATES DISTRICT COURT
Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>RYAN M. BUTORAC, )<br>)<br>Defendant. )<br>_____ ) | Case No. PO-10-007-CI<br><br>**MISDEMEANOR**<br>**JUDGMENT FORM** |

On February 14, 2011, Defendant was present and entered Guilty Plea to Count 1.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 261.3 | Threatening, Intimidating or Intentionally Interfering with a Forest Service Officer | 10/29/10 | 1 |

The Court Sentenced Defendant as follows:

(1) Defendant to pay a $800.00 Fine plus $10.00 Special Assessment. Five payments to be made at a rate of $150.00 per month, and the final payment to be made before completion of Probation. The Special Assessment to be paid on date of sentencing.

(2) Defendant to write a letter of apology to the fire crew of engine E-12 for his actions on 8/6/10.

(3) Defendant shall be on Unsupervised Probation for 6 months.

_____
Signature of Judicial Officer

Honorable Cynthia Imbrogno,
U.S. Magistrate Judge

Feb. 14, 2011
Date